R. Bradford Huss, No. 71303
Dylan D. Rudolph, No. 278707
Catherine L. Reagan, No. 327702
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:  (415) 788-3111
Facsimile:  (415) 421-2017
E-mail:  bhuss@truckerhuss.com
         drudolph@truckerhuss.com
         creagan@truckerhuss.com

Attorneys for Defendants
SUTTER HEALTH, THE BOARD OF
DIRECTORS OF SUTTER HEALTH, THE
RETIREMENT BENEFITS INVESTMENT
COMMITTEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBALEET SARGONY, RONALD HUDSON, ADAM BLACKBURN, ROBERT L. HACKETT, TABITHA HOGLUND and STEPHANIE C. CHADWICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUTTER HEALTH, THE BOARD OF DIRECTORS OF SUTTER HEALTH, THE RETIREMENT BENEFITS INVESTMENT COMMITTEE, and JOHN DOES 1-30,<br><br>Defendants. | Case No. 1:20-cv-01007-NONE-BAM<br><br>**ORDER APPROVING STIPULATION FOR *FURTHER* EXTENTION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**[E.D. Cal. Local Civil Rule 144(a)]** |

1  Pursuant to the parties' stipulation, the deadline for Defendants Sutter Health, the Board of Directors of Sutter Health, and the Retirement Benefits Investment Committee to file and serve an answer or other responsive pleading is HEREBY EXTENDED to October 26, 2020.

The parties are advised that further extensions will require a showing of good cause. Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: **October 13, 2020**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

-1-
ORDER APPROVING STIPULATION TO FURTHER EXTEND DEFENDANTS' RESPONSE DEADLINE; Case No. 1:20-cv-01007-NONE-BAM
6760036.1