1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Sutter Health ERISA Litigation* | Case No. 1:20-cv-01007-NONE-BAM <br><br> <u>ORDER GRANTING DEFENDANTS' REQUEST TO SEAL CONFIDENTIAL DOCUMENTS</u> <br><br> **[Civil L.R. 141, Fed. R. Civ. Pro. 5.2]** |

<u>**ORDER GRANTING REQUEST TO SEAL**</u>

Upon consideration of the Defendants' Request to Seal Confidential Documents pursuant to Civil Local Rule 141 and Federal Rule of Civil Procedure 5.2, the request is hereby **GRANTED**. The documents and underlying exhibits or portions thereof identified in Defendants' Request to Seal Confidential Documents shall remain sealed. In particular, the following documents and underlying exhibits shall remain sealed:

/////
/////
/////
/////
/////

-1-

| Document | Portion(s) of Document to be Sealed |
|---|---|
| Portions of Defendants' Memorandum of Points and Authorities in Support of their Motion to Dismiss (Doc. No. 29) | Redacted portions of Defendants' Brief at pp. 3:9; 6:14; 10:19-20; 20:17-20, 23; 21:18 |
| Portions of the Fidelity Custodial Agreement, which is attached as Exhibit 3 to the Declaration of R. Bradford Huss in Support of Defendants' Motion to Dismiss (Doc No. 29-1) | Redacted portion of Exhibit 3 to the Declaration of R. Bradford Huss, Custodial Agreement, at p. 000004 |

IT IS SO ORDERED.

Dated: **February 9, 2021**　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE