IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Sutter Health ERISA Litigation* | No. 1:20-cv-01007-NONE-BAM<br><br>ORDER GRANTING PLAINTIFFS' REQUEST TO PARTIALLY SEAL DOCUMENT<br><br>**[Civil L.R. 141, Fed. R. Civ. Pro. 5.2]** |

### ORDER GRANTING REQUEST TO SEAL

Upon consideration of the Plaintiffs' Request to Seal Confidential Documents pursuant to Civil Local Rule 141 and Federal Rule of Civil Procedure 5.2, the request is hereby **GRANTED**. The documents and underlying exhibits or portions thereof identified in Plaintiffs' Request to Seal Confidential Documents shall remain sealed. In particular, the following documents and underlying exhibits shall remain sealed:

/////

/////

/////

/////

/////

/////

| Document | Portion(s) of Document to be Sealed |
|---|---|
| Portions of Plaintiffs' Memorandum of Points and Authorities in Support of their Opposition to Motion to Dismiss (Dkt. 32) | Redacted portions of Plaintiffs' Brief at pp. 7:14; 21:7-8; 21:7-8, 11-12, 16-18; 22:11-13 |

IT IS SO ORDERED.

Dated: __**February 9, 2021**__                    _____*Dale A. Drozd*_____
                                                                        UNITED STATES DISTRICT JUDGE