R. Bradford Huss, No. 71303
Dylan D. Rudolph, No. 278707
Catherine L. Reagan, 327702
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:       bhuss@truckerhuss.com
              drudolph@truckerhuss.com
              creagan@truckerhuss.com

Attorneys for Defendants
SUTTER HEALTH, THE RETIREMENT
BENEFITS INVESTMENT COMMITTEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| *In re Sutter Health ERISA Litigation* | No. 1:20-cv-01007-NONE-BAM<br><br>**ORDER GRANTING DEFENDANTS' FURTHER REQUEST TO SEAL CONFIDENTIAL DOCUMENTS**<br><br>[Civil L.R. 141, Fed. R. Civ. Pro. 5.2] |

# ORDER GRANTING FURTHER REQUEST TO SEAL

Upon consideration of the Defendants' Further Request to Seal Confidential Documents pursuant to this Court's February 10, 2021 Order Granting Defendants' Request to Seal Confidential Documents (Dkt. 34), Civil Local Rule 141, and Federal Rule of Civil Procedure 5.2, the request is hereby **GRANTED**. The portions of Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint ("Reply Brief") identified in Defendants' Further Request to Seal Confidential Documents shall remain sealed. In particular, the following portions of Defendants' Reply Brief shall remain sealed:

| Document | Portion(s) of Document to be Sealed |
| --- | --- |
| Portions of Defendants' Reply Brief (Dkt. 41) | Redacted portions of Defendants' Reply Brief at pp. 1:18; 10:12-14; 10:16-11:2; fn. 10 |

IT IS SO ORDERED.

Dated: **March 3, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE