UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Sutter Health ERISA Litigation* | Case No. 1:20-cv-01007-JLT-BAM <br><br> **ORDER DIRECTING CLERK TO AMEND CAPTION** |

This action proceeds on the Amended Consolidated Class Action complaint filed on November 11, 2020. (Doc. 26.)  Accordingly, the Clerk of the Court is directed to amend the caption in this matter as designated above to reflect the consolidated action.

IT IS SO ORDERED.

Dated: __**April 27, 2022**__           /s/ *Barbara A. McAuliffe*           _
UNITED STATES MAGISTRATE JUDGE

1