JACKSON LEWIS P.C.
Donald Patrick Sullivan
50 California Street, 9th Floor
San Francisco, CA 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Donald.Sullivan@jacksonlewis.com

Howard Shapiro (admitted *pro hac vice*)
Stacey C.S. Cerrone (admitted *pro hac vice*)
Lindsey H. Chopin (admitted *pro hac vice*)
650 Poydras Street, Suite 1900
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
Howard.Shapiro@jacksonlewis.com
Stacey.Cerrone@jacksonlewis.com
Lindsey.Chopin@jacksonlewis.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(FRESNO DIVISION)**

| | |
|---|---|
| *In re Sutter Health ERISA Litigation* | Master Case and File No. 1:20-cv-01007-JLT-BAM |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION TO ANSWER PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT** |
| | Amended Consolidated Class Action Complaint filed: November 11, 2020 |

**ORDER**

On February 17, 2023, Defendants filed their Motion for Extension to Answer Plaintiffs' Amended Class Action Complaint, requesting the deadline be extended by 21 days from February 23, 2023 to March 16, 2023. (Doc. 20 at 2.) In their motion, Defendants note that Plaintiffs consent to this extension. (*Id.*)

After considering Defendants' unopposed Motion for Extension to Answer Plaintiffs' Amended Class Action Complaint ("Complaint"), and good cause appearing therefore,

**IT IS ORDERED** that the deadline for Defendants to file an answer to the Complaint is extended by twenty-one (21) days, through and including March 16, 2023.

IT IS SO ORDERED.

Dated:   **February 21, 2023**         /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE