James C. Shah (SBN 260435)
**MILLER SHAH LLP**
456 Montgomery Street, Suite 1900
San Francisco, CA 94104
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com

*Attorney for Plaintiffs, the Plan, and the Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| *In re Sutter Health Erisa Litigation* | Master Case and File No. 1:20-cv-01007-JLT-BAM |
|---|---|
| | ORDER GRANTING MOTION TO WITHDRAW STEPHANIE CHADWICK UNDER FED. R. CIV. P. 21 |

The Court has considered Plaintiffs' Motion and Memorandum of Law to Withdraw Stephanie Chadwick as a named plaintiff and class representative under Federal Rule of Civil Procedure 21, with Plaintiffs representing that Defendant Sutter Health does not oppose this motion. After considering the materials, IT IS HEREBY ORDERED:

The Court **GRANTS** Plaintiffs' Motion to Withdraw Stephanie Chadwick Under Federal Rule of Civil Procedure 21. Plaintiff Stephanie Chadwick is **DROPPED** as a plaintiff and class representative pursuant to Federal Rule of Civil Procedure 21. The clerk of court shall **REMOVE** Stephanie Chadwick as a named plaintiff in this action, and her name will be **REMOVED** from any caption in this matter.

DATED: May 28 2024

_____
The Honorable Lee H. Rosemthal
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW STEPHANIE CHADWICK UNDER FED. R. CIV. P. 21