

United States District Court
Eastern District of California

In re Sutter Health ERISA Litigation

Plaintiff(s)

V.

Defendant(s)

Case Number: 1:20-cv-01007-LHR-BAM

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sung Cheol Sam Park hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Sutter Health

On 12/16/2019 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/10/2024

Signature of Applicant: /s/ Sung Cheol Sam Park

**Pro Hac Vice Attorney**

Applicant's Name: Sung Cheol Sam Park

Law Firm Name: Jackson Lewis P.C.

Address: 150 North Michigan Avenue, Suite 2500

City: Chicago          State: IL     Zip: 60601

Phone Number w/Area Code: (312) 787-4949

City and State of Residence: Chicago, IL

Primary E-mail Address: SungCheolSam.Park@jacksonlewis.com

Secondary E-mail Address: sung-cheol-sam-park-4166@ecf.pacerpro.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Donald P. Sullivan

Law Firm Name: Jackson Lewis P.C.

Address: 50 California Street, 9th Floor

City: San Francisco          State: CA     Zip: 94111

Phone Number w/Area Code: (415) 394-9400          Bar # 191080

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 11, 2024          /s/ Barbara A. McAuliffe

JUDGE, U.S. DISTRICT COURT