

United States District Court
Eastern District of California

| In re Sutter Health ERISA Litigation | Case Number: 1:20-cv-01007-LHR-BAM |

Plaintiff(s)

V.

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John T. Crutchlow hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiffs

On 11/17/2005 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/20/2024        Signature of Applicant: /s/ John T. Crutchlow

**Pro Hac Vice Attorney**

Applicant's Name: John T. Crutchlow
Law Firm Name: Youman & Caputo LLC
Address: Two Logan Square
100 North 18th Street
City: Philadelphia   State: PA   Zip: 19103
Phone Number w/Area Code: (215) 302-1999
City and State of Residence: Philadelphia, PA
Primary E-mail Address: jcrutchlow@youmancaputo.com
Secondary E-mail Address: jcrutchlow@youmancaputo.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kolin C. Tang
Law Firm Name: Miller Shah LLP
Address: 19712 MacArthur Boulevard, Suite 222
City: Irvine   State: CA   Zip: 92612
Phone Number w/Area Code: (866) 540-5505   Bar #: 279834

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **August 23, 2024**         /s/ Barbara A. McAuliffe
                                   JUDGE, U.S. DISTRICT COURT