UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

*In re Sutter Health Erisa Litigation,*

    Plaintiff,

vs.

    Defendant.

Case No. 1:20-cv-01007-JLT-BAM

ORDER

Attorney Dylan D. Rudolph (SBN 278707), is withdrawn as counsel for Defendants' Sutter Health, The Board of Directors of Sutter Health, and The Retirement Benefits Investment Committee, and should be removed from all service lists in this action. Defendants will continue to be represented in this action by attorneys from Trucker Huss, APC.

Dated: November 22, 2024

United States District Judge