MILLER SHAH LLP
James C. Shah
Ronald S. Kravitz
456 Montgomery St, Suite 1900
San Francisco, CA 94104
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
      rskravitz@millershah.com

*Attorneys for Plaintiffs, the Plan,
and the Proposed Class*

JACKSON LEWIS P.C.
Donald Patrick Sullivan
50 California Street, 9th Floor
San Francisco, CA 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Donald.Sullivan@jacksonlewis.com

*Attorneys for Defendant*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# (FRESNO DIVISION)

| | |
|---|---|
| *In re Sutter Health ERISA Litigation* | Master Case and File No. 1:20-cv-01007-LHR-BAM<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE CURRENT DEADLINES AND FOR LEAVE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Amended Consolidated Complaint filed: November 11, 2020 |

**TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Local Civil Rule 160 and Federal Rule of Civil Procedure 16, Plaintiffs Christina Bonicarlo, Adam Blackburn, Tabitha Hoglund, and Nicole Garcia (collectively, "Plaintiffs") and Defendant Sutter Health ("Defendant," and with Plaintiffs, the "Parties") acting through their respective counsel of record, hereby respectfully submit this Notice of Settlement and Joint Motion to Vacate Current Deadlines and for Leave to File Motion for Preliminary Approval. In support thereof, the Parties state as follows:

1. On October 7, 2024, the Court entered the operative scheduling order (ECF No. 139, "Scheduling Order"), which set January 31, 2025 and March 17, 2025 as the deadlines for the Parties' exchange of affirmative Expert Reports, respectively, as well as certain other future deadlines for expert discovery and the parties' filing of dispositive and *Daubert* motions and briefing in support thereof and opposition thereto.

2. On December 12, 2024, counsel for the Parties participated in an in-person mediation with a nationally recognized neutral mediator, Robert A. Meyer, Esq., during which the Parties reached an agreement in principle to the settlement of ("Settlement") Plaintiffs' claims on behalf of the certified Class and the Sutter Health 403(b) Savings Plan ("Plan") concerning the Plan's investment alternatives and recordkeeping fees.

3. In light of the settlement ("Settlement"), the Parties agree and respectfully submit that it would serve the interests of judicial economy and efficiency for the Parties to focus on documenting the Settlement in the form of a written settlement agreement and proceeding with the settlement approval process contemplated under Federal Rule of Civil Procedure 23.

4. Accordingly, the Parties respectfully request that the Court vacate the deadlines set by the Scheduling Order and grant Plaintiffs leave to file a motion for preliminary approval of the proposed Settlement on or before February 13, 2025, as set forth in the Proposed Order attached hereto.

5. The Parties are available to address any questions the Court may have in connection with its consideration of this Notice and Joint Motion.

Dated:  December 20, 2024           Respectfully submitted,

/s/ *James C. Shah*  
James C. Shah  
Ronald S. Kravitz  
MILLER SHAH LLP  
456 Montgomery St, Suite 1900  
San Francisco, CA 94104  
Telephone: (866) 540-5505  
Facsimile: (866) 300-7367  
Email: jcshah@millershah.com  
      kctang@millershah.com  

James E. Miller  
Laurie Rubinow  
MILLER SHAH LLP  
65 Main Street  
Chester, CT 06412  
Telephone: (866) 540-5505  
Facsimile: (866) 300-7367  
Email: jemiller@millershah.com  
      lrubinow@millershah.com  

Alec J. Berin  
MILLER SHAH LLP  
1845 Walnut Street, Suite 806  
Philadelphia, PA 19103  
Telephone: (866) 540-5505  
Facsimile: (866) 300-7367  
Email: mpols@millershah.com  
      ajberin@millershah.com  

Donald R. Reavey  
CAPOZZI ADLER, P.C.  
2933 North Front Street  
Harrisburg, PA 17110  
Telephone: (717) 233-4101  
Facsimile: (717) 233-4103  
Email: donr@capozziadler.com  

Mark K. Gyandoh  
CAPOZZI ADLER P.C.  
312 Old Lancaster Road  
Merion Station, PA 19066  
Telephone: (610) 890-0200  
Facsimile: (717) 233-4103  
Email: markg@capozziadler.com  

/s/ *Lindsey H. Chopin*  
Donald Patrick Sullivan  
JACKSON LEWIS P.C.  
50 California Street, 9th Floor  
San Francisco, CA 94111-4615  
Telephone: (415) 394-9400  
Facsimile: (415) 394-9401  
Donald.Sullivan@jacksonlewis.com  

Howard Shapiro (admitted *pro hac vice*)  
Stacey C.S. Cerrone (admitted *pro hac vice*)  
Lindsey H. Chopin (admitted *pro hac vice*)  
JACKSON LEWIS P.C.  
650 Poydras Street, Suite 1900  
New Orleans, LA 70130  
Telephone: (504) 208-1755  
Facsimile: (504) 208-1759  
Howard.Shapiro@jacksonlewis.com  
Stacey.Cerrone@jacksonlewis.com  
Lindsey.Chopin@jacksonlewis.com  

*Attorneys for Defendant*

---

NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE CURRENT DEADLINES AND FOR LEAVE TO FILE MOTION FOR PRELIMINARY APPROVAL  
Master Case and File No. 1:20-cv-01007-LHR-BAM     3

Daniel L. Germain
ROSMAN & GERMAIN LLP
16311 Ventura Blvd, Suite1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
Email: Germain@lalawyer.com

*Attorneys for Plaintiffs, the Plan, and the Class*