UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| *In re Sutter Health ERISA Litigation* | Master Case and File No. 1:20-cv-01007-LHR-BAM<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO VACATE CURRENT DEADLINES AND FOR LEAVE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Amended Consolidated Complaint filed: November 11, 2020 |

Upon consideration of the Parties' Notice of Settlement and Joint Motion to Vacate Current Deadlines and for Leave to File Motion for Preliminary Approval of Settlement, IT IS SO ORDERED that the pre-trial deadlines in this matter are VACATED, including the January 31, 2025, March 17, 2025, April 7, 2025, and May 7, 2025 deadlines for the Parties' exchange of Expert Reports and completion of expert discovery, and the June 17, 2025, July 17, 2025, and August 7, 2025 deadlines for the Parties' filing of Summary Judgment/*Daubert* Motions and briefing in support thereof and opposition thereto.  IT IS FURTHER ORDERED that Plaintiffs shall file a motion for preliminary approval of the proposed Settlement on or before February 13, 2025.

SIGNED on _____, _____ in Houston, Texas.

_____
The Honorable Lee H. Rosenthal
United States District Judge