# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (FRESNO DIVISION)

| | |
|---|---|
| *In re Sutter Health ERISA Litigation* | Master Case and File No. 1:20-cv-01007-LHR-BAM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Amended Consolidated Class Action Complaint filed: November 11, 2020 |

Upon consideration of the Parties' Joint Motion to Extend the Deadline to File Motion for Preliminary Approval, IT IS ORDERED that the pre-trial deadlines in this matter are VACATED, including the January 31, 2025; March 17, 2025; April 7, 2025; and May 7, 2025 deadlines for the Parties' exchange of Expert Reports and completion of expert discovery, and the June 17, 2025; July 17, 2025; and August 7, 2025 deadlines for the Parties' filing of Summary Judgment/*Daubert* Motions and briefing in support thereof and opposition thereto. IT IS FURTHER ORDERED that the deadline for Plaintiffs to file a motion for preliminary approval of the proposed Settlement is extended to March 13, 2025.

SIGNED on February 13, 2025, in Houston, Texas.

_____
The Honorable Lee H. Rosenthal
United States District Judge