**FILED**
Nov 18, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Today's Date: November 10, 2025

Class Member Name: Timothy Janssen

Address: 1220 E Meadow Ridge Rd
Sandy, UT 84094

Phone Number: +1 (218) 533-5100

E-Mail: sneez91@gmail.com

*Class-Action Case Name: In re Sutter 4 Health ERISA Litigation, Case No. 1:20-cv-01007-LHR-BAM (E.D. Cal.)*

Written Request to Object

I am writing to Object to *Case Name: In re Sutter 4 Health ERISA Litigation, Case No. 1:20-cv-01007-LHR-BAM (E.D. Cal.)*

Reason(s) for Objection: This request is regarding me/myself. I am making this request because I am no longer a part of, nor am I employed by Sutter Health anymore. The employer mentioned as part of this case, Sutter Health, is a previous employer that I used to work for. The dates of my employment were listed from: September 20, 2021 through October 14, 2021. I can confirm that I have either: never, and/or am no longer receiving any amount to its 'Sutter 403(b) plan.' The specified "Sutter 403(b)" name or plan was created by the above mentioned employer in this case, and the plan was set up and managed through Fidelity Investments. I can also confirm that I am no longer enrolled in, nor a part of such plan.

My Provided Evidence: I have enclosed/included a printed document of which I obtained from Fidelity investments. The included document shows the plan information for, and provides the statement/summary of, the specified plan: (SUTTER 403B PLAN (72011). The statement also shows the specified time period of my employment with the company, which does also confirm the dates that I was enrolled in, or part of, this plan. - The specified date range(s) that are showing on this plan statement/document are also the same dates listed that verify my employment with the company.

Please understand and honor my reasonings for why I am requesting to Object to this settlement/class-action lawsuit.

Signature:

[signature]

RECEIVED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

*Health ERISA Litigation*, Case No. 1:20-cv-01007-LHR-BAM (E.D. Cal.); (b) be submitted to the Court either by mailing them to the Clerk of the Court for the United States District Court for the Eastern District of California, 1st Floor, Room 1501, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, or by filing them in person at any location of the United States District Court for the Eastern District of California; and (c) be filed or postmarked on or before March 9, 2026.

Your objection must also include: (1) your full name, current address, and current telephone number, and, if represented by counsel, any of your counsel's names and contact information; (2) a written statement of your objection(s), specifying the reason(s) for each objection, including any supporting evidence, and whether the objection applies only to you, to a specific subset of the Settlement Class, or to the entire Settlement Class; (3) copies of any papers, briefs, or other documents upon which the objection is based; (4) a list of all Persons who will be called to testify in support of the objection; (5) a list of any other objections to any class action settlements you or anyone acting on your behalf has submitted in any court in the United States, whether state, federal, or otherwise, in the previous five years; and (6) your signature, even if you are represented by counsel.

Any party may file a response to an objection by a Class Member at least seven calendar days before the Fairness Hearing.

**ANY CLASS MEMBER WHO DOES NOT OBJECT IN THE MANNER DESCRIBED ABOVE SHALL BE DEEMED TO HAVE WAIVED ANY OBJECTION AND SHALL NOT HAVE ANY RIGHT TO OBJECT TO THE FAIRNESS OR ADEQUACY OF THE SETTLEMENT.**

| Clerk of the Court | Class Counsel | Defense Counsel |
|---|---|---|
| United States District Court for the Eastern District of California Clerk's Office 1st Floor, Room 1501 Robert E. Coyle United States Courthouse 2500 Tulare Street Fresno, CA 93721 | Alec J. Berin Christopher A. Miller MILLER SHAH LLP 1845 Walnut Street Suite 806 Philadelphia, PA 19103 Tel: (866) 540-5505 ajberin@millershah.com camiller@millershah.com | Stacey C.S. Cerrone Lindsey H. Chopin Adam Carlisle JACKSON LEWIS P.C. 601 Poydras Street Suite 1400 New Orleans, LA 70130 Tel: (504) 208-1755 stacey.cerrone@jacksonlewis.com lindsey.chopin@jacksonlewis.com adam.carlisle@jacksonlewis.com |

## THE COURT'S FAIRNESS HEARING

**17.   When/where will the Court decide whether to approve the Settlement?**

On April 10, 2026, at 11:00 a.m. PDT, by Zoom videoconference, the access details for which will be posted on the Settlement website and available from Class Counsel, the Court will hold a Fairness Hearing to determine whether the proposed Settlement is fair, reasonable, and adequate and whether it should be approved. The hearing may be continued from time to time by the Court without further notice. Please check the website or contact Class Counsel if you wish to confirm that the hearing time has not been changed or the access details for the hearing.

**18.   Do I have to attend the Fairness Hearing?**

No; however, you are welcome to attend at your own expense. If you file an objection to the Settlement, you do not have to go to Court to talk about it. As long as your objection is filed or postmarked by March 9, 2026, and you comply with the requirements in the answer to question 16 above, the Court will consider it. You may also send your own lawyer at your expense to attend the Fairness Hearing.

**19.   May I speak at the Fairness Hearing?**

You may ask the Court for permission to speak at the hearing. Anyone wishing to appear must state in their written objection their intention to appear at the Fairness Hearing, at their own expense. Objectors or their attorneys intending to participate at the Fairness Hearing must file a notice of intention to participate (and, if applicable, the name, address, and telephone number of the objector's attorney) with the Court no later than March 26, 2026. Any objectors, or their counsel, who do not timely file a notice of intention to participate in accordance with this paragraph shall not be permitted to speak at the Fairness Hearing, except for good cause shown.

SUTTER 403(b) PLAN (72011)

## Statement Details

**Sutter Health Retirement Plans**

TIMOTHY JANSSEN
1220 E MEADOW RIDGE RD
SANDY, UT 84094-

**Retirement Savings Statement**

☎ Customer Service: (800) 343-0860
Fidelity Brokerage Services LLC
900 Salem Street, Smithfield, RI 02917

### Your Account Summary                    Statement Period: 09/20/2021 to 10/14/2021

| | |
|---|---:|
| **Beginning Balance** | **$0.00** |
| Employee Contributions | $82.64 |
| Employer Contributions | $41.32 |
| Change in Account Value | $2.74 |
| **Ending Balance** | **$126.70** |

**Additional Information**

Vested Balance                                                          $84.36

*Your Personal Rate of Return*

**This Period**                                          **2.0%**

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

### Your Asset Allocation                    Statement Period: 09/20/2021 to 10/14/2021



- 94.63% Stock: $119.90
- 5.37% Bond Investments: $6.80

Your account is allocated among the asset classes specified above as of 10/14/2021. Percentages and totals may not be exact due to rounding.

The *Additional Investment Information* section lists the underlying allocation of your blended investments.

### Market Value of Your Account          Statement Period: 09/20/2021 to 10/14/2021

This section displays the value of your account for the period, in both shares and dollars.

#### CORE INVESTMENT OPTIONS

| Investment | Shares as of 09/19/2021 | Shares as of 10/14/2021 | Price as of 09/19/2021 | Price as of 10/14/2021 | Account Value as of 09/19/2021 | Account Value as of 10/14/2021 |
|---|---|---|---|---|---|---|
| **Stock** | | | | | **$0.00** | **$107.80** |
| FID Small Cap GR K6 | 0.000 | 1.062 | $18.29 | $17.95 | $0.00 | $19.05 |

| Investment | Shares as of 09/19/2021 | Shares as of 10/14/2021 | Price as of 09/19/2021 | Price as of 10/14/2021 | Account Value as of 09/19/2021 | Account Value as of 10/14/2021 |
|---|---|---|---|---|---|---|
| FID 500 Index | 0.000 | 0.124 | $154.27 | $154.06 | $0.00 | $19.11 |
| TRP Inst Lgcp Core | 0.000 | 0.084 | $77.34 | $75.99 | $0.00 | $6.39 |
| Parnassus Core Eq IS | 0.000 | 0.300 | $64.36 | $63.40 | $0.00 | $19.02 |
| Dodge & Cox Stock I | 0.000 | 0.078 | $237.98 | $243.32 | $0.00 | $18.99 |
| C&S Real Estate I | 0.000 | 1.220 | $20.64 | $20.69 | $0.00 | $25.24 |
| **Blended Investments*** | | | | | **$0.00** | **$18.90** |
| FID Balanced K | 0.000 | 0.640 | $31.90 | $29.53 | $0.00 | $18.90 |
| **Account Totals** | | | | | **$0.00** | **$126.70** |

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

*You have invested a portion of your account in Blended Investments. Blended Investments generally invest in a mixture of stocks, bonds and short-term investments, blending long-term growth from stocks with income from dividends and interest. Please refer to the Additional Investment Information section to see how your blended investments are allocated across the three asset classes.

Please refer to NetBenefits and other Plan information, such as your SPD, for a description of your right to direct investments under the Plan. For information on any plan restrictions or limitations on those rights visit NetBenefits and click on "Plan Information".

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk.

In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Dept of Labor website www.dol.gov/agencies/ebsa/laws-and-regulations/laws/pension-protection-act/investing-and-diversification for information on individual investing and diversification.

Please check your account information frequently and promptly review correspondence, account statements, and confirmation as they are available to you. Contact Fidelity immediately if you see or suspect unauthorized activity, errors, discrepancies, or if you have not received account documents or information.

Some of the administrative services performed for the Plan were underwritten from the total operating expenses of the Plan's investment options.

## Your Contribution Elections as of

As of 11/10/2025

This section displays the investments in which your future contributions will be invested.

### Sutter 403b Plan
Your Current Investment Elections as of 11/10/2025

| Investment Option | Current % |
|---|---|
| **Stock Investments** | |
| PARNASSUS CORE EQ IS | 15% |
| FID 500 INDEX | 15% |
| TRP INST LGCP CORE | 5% |

| | |
|---|---|
| DODGE & COX STOCK X | 15% |
| FID SMALL CAP GR K6 | 15% |
| C&S REAL ESTATE I | 20% |
| **Blended Investments*** | |
| FID BALANCED K | 15% |
| **Total** | **100%** |

## Your Contribution Summary

Statement Period: 09/20/2021 to 10/14/2021

### Sutter 403b Plan

| Contributions | Period to date | Vested Percent | Total Account Balance | Total Vested Balance |
|---|---|---|---|---|
| **Employee Voluntary** | $41.32 | 100% | $42.18 | $42.18 |
| **Employer Match** | $41.32 | 0% | $42.34 | $0.00 |
| **Roth Basic** | $41.32 | 100% | $42.18 | $42.18 |

## Your Account Activity

Statement Period: 09/20/2021 to 10/14/2021

Use this section as a summary of transactions that occurred in your account during the statement period.

### Sutter 403b Plan

View Detailed Transaction History for Sutter 403b Plan

| Activity | Employee Voluntary | Employer Match | Roth Basic | Total |
|---|---|---|---|---|
| **Beginning Balance** | $0.00 | $0.00 | $0.00 | $0.00 |
| Employee Contributions | $41.32 | $0.00 | $41.32 | $82.64 |
| Employer Contributions | $0.00 | $41.32 | $0.00 | $41.32 |
| Change in Account Value | $0.86 | $1.02 | $0.86 | $2.74 |
| Vested Percentage | 100% | 0% | 100% | |
| Vested Balance | $42.18 | $0.00 | $42.18 | $84.36 |
| **Ending Balance** | **$42.18** | **$42.34** | **$42.18** | **$126.70** |

## Additional Investment Information

As of 11/10/2025

Use this section to determine the asset allocation of your blended investments.

| Blended Investment | Stocks | Bonds | Short-Term/Other |
|---|---|---|---|
| FID Balanced K | 64% | 36% | 0% |

Blended investments generally invest in more than one asset class. The blended investment asset allocation above reflects the stated neutral mix or, if not available, the asset mix reported by Morningstar, Inc. for mutual funds or by investment managers for non-mutual funds.